UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X
WILLIAM MEDINA OROZCO and ALEJANDRO
GALICIA, on behalf of themselves and other similarly
situated,

                                                                                    **Case No.:** 25-cv-01682

                                                  Plaintiffs,

                    -against-
                                                                                    **ANSWER**

JHON E. SALAZAR a/k/a JOHN SALAZAR, DIEGO GOMEZ,
WILLIAM MANTILLA, THIAGO GARCIA, RAICES
COLOMBIANAS CORP. d/b/a RAICES COLOMBIANAS
RESTAURANT, INCA PAISA II CORP. d/b/a INCA PAISA
and INCA PAISA III COPR. d/b/a INCA PAISA,

                                                  Defendants.
-------------------------------------------------------------------------------X

          The Defendants **JHON E. SALAZAR a/k/a JOHN SALAZAR, WILLIAM**

**MANTILLA, THIAGO GARCIA, DIEGO GOMEZ RAICES COLOMBIANAS CORP. d/b/a**

**RAICES COLOMBIANAS RESTAURANT, INCA PAISA II CORP. d/b/a INCA PAISA and**

**INCA PAISA III COPR. d/b/a INCA PAISA** (hereinafter referred to, collectively, as the

"Defendants"), by and through their attorneys, STEPHEN D. HANS AND ASSOCIATES, P.C., as

and for their Answer to the Complaint dated March 26, 2025 (hereinafter the "Complaint") by the

plaintiffs WILLIAM MEDINA OROZCO and ALEJANDRO GALICIA, (hereinafter referred to as

the "Plaintiffs"), respond as follows:

                    **AS AND FOR AN ANSWER TO PLAINTIFFS'**
                    **ALLEGATIONS REGARDING "NATURE OF ACTION"**

1.        With respect to the allegations contained in Paragraph 1 of the Complaint, the Defendants

state that such allegations consist of statements and/or conclusions of law and/or statements calling

for a legal conclusion, to which no responsive pleading is required.

2.      With respect to the allegations contained in Paragraph 2 of the Complaint, the Defendants state that such allegations consist of statements and/or conclusions of law and/or statements calling for a legal conclusion, to which no responsive pleading is required.

## AS AND FOR AN ANSWER TO PLAINTIFFS' ALLEGATIONS REGARDING "JURISDICTION AND VENUE"

3.      With respect to the allegations contained in Paragraph 3 of the Complaint, the Defendants state that such allegations consist of statements and/or conclusions of law and/or statements calling for a legal conclusion, to which no responsive pleading is required.

4.      With respect to the allegations contained in Paragraph 4 of the Complaint, the Defendants state that such allegations consist of statements and/or conclusions of law and/or statements calling for a legal conclusion, to which no responsive pleading is required.

5.      With respect to the allegations contained in Paragraph 5 of the Complaint, the Defendants state that such allegations consist of statements and/or conclusions of law and/or statements calling for a legal conclusion, to which no responsive pleading is required.

## AS AND FOR AN ANSWER TO PLAINTIFFS' ALLEGATIONS REGARDING "PARTIES"

6.      With respect to the allegations contained in Paragraph 6 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph.

7.      With respect to the allegations contained in Paragraph 7 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph.

8.      With respect to the allegations contained in Paragraph 8 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph.

9.    With respect to the allegations contained in Paragraph 9 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph.

10.    With respect to the allegations contained in Paragraph 10 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph.

11.    With respect to the allegations contained in Paragraph 11 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph.

12.    With respect to the allegations contained in Paragraph 12 of the Complaint, the Defendants admit all of the allegations contained in such Paragraph.

13.    With respect to the allegations contained in Paragraph 13 of the Complaint, the Defendants admit all of the allegations contained in such Paragraph.

14.    With respect to the allegations contained in Paragraph 14 of the Complaint, the Defendants admit all of the allegations contained in such Paragraph.

15.    With respect to the allegations contained in Paragraph 15 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph.

16.    With respect to the allegations contained in Paragraph 16 of the Complaint, the Defendants state that such allegations consist of statements and/or conclusions of law and/or statements calling for a legal conclusion, to which no responsive pleading is required.

17.    With respect to the allegations contained in Paragraph 17 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

18.     With respect to the allegations contained in Paragraph 18 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph.

19.     With respect to the allegations contained in Paragraph 19 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

20.     With respect to the allegations contained in Paragraph 20 of the Complaint, the Defendants state that such allegations consist of statements and/or conclusions of law and/or statements calling for a legal conclusion, to which no responsive pleading is required.

21.     With respect to the allegations contained in Paragraph 21 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

22.     With respect to the allegations contained in Paragraph 22 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph.

23.     With respect to the allegations contained in Paragraph 23 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

24.     With respect to the allegations contained in Paragraph 24 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

25.     With respect to the allegations contained in Paragraph 25 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

26.     With respect to the allegations contained in Paragraph 26 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph.

27.     With respect to the allegations contained in Paragraph 27 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

28.     With respect to the allegations contained in Paragraph 28 of the Complaint, the Defendants state that such allegations consist of statements and/or conclusions of law and/or statements calling for a legal conclusion, to which no responsive pleading is required.

29.     With respect to the allegations contained in Paragraph 29 of the Complaint, the Defendants state that such allegations consist of statements and/or conclusions of law and/or statements calling for a legal conclusion, to which no responsive pleading is required.

30.     With respect to the allegations contained in Paragraph 30 of the Complaint, the Defendants state that such allegations consist of statements and/or conclusions of law and/or statements calling for a legal conclusion, to which no responsive pleading is required.

31.     With respect to the allegations contained in Paragraph 31 of the Complaint, the Defendants admit all of the allegations contained in such Paragraph.

32.     With respect to the allegations contained in Paragraph 32 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph.

33.     With respect to the allegations contained in Paragraph 33 of the Complaint, the Defendants state that such allegations consist of statements and/or conclusions of law and/or statements calling for a legal conclusion, to which no responsive pleading is required.

34.     With respect to the allegations contained in Paragraph 34 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

**AS AND FOR AN ANSWER TO PLAINTIFFS'
ALLEGATIONS REGARDING "FLSA COLLECTIVE ACION ALLEGATIONS"**

35.     With respect to the allegations contained in Paragraph 35 of the Complaint, the Defendants state that such allegations consist of statements and/or conclusions of law and/or statements calling for a legal conclusion, to which no responsive pleading is required.

36. With respect to the allegations contained in Paragraph 36 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

37. With respect to the allegations contained in Paragraph 37 of the Complaint, the Defendants state that such allegations consist of statements and/or conclusions of law and/or statements calling for a legal conclusion, to which no responsive pleading is required.

38. With respect to the allegations contained in Paragraph 38 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph.

## AS AND FOR AN ANSWER TO PLAINTIFFS' ALLEGATIONS REGARDING "CLASS ACTION ALLEGATIONS"

39. With respect to the allegations contained in Paragraph 39 of the Complaint, the Defendants state that such allegations consist of statements and/or conclusions of law and/or statements calling for a legal conclusion, to which no responsive pleading is required.

40. With respect to the allegations contained in Paragraph 40 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

41. With respect to the allegations contained in Paragraph 41 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

42. With respect to the allegations contained in Paragraph 42 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

43. With respect to the allegations contained in Paragraph 43 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

44. With respect to the allegations contained in Paragraph 44 of the Complaint, the Defendants state that such allegations consist of statements and/or conclusions of law and/or statements calling for a legal conclusion, to which no responsive pleading is required.

45.     With respect to the allegations contained in Paragraph 45 of the Complaint, the Defendants state that such allegations consist of statements and/or conclusions of law and/or statements calling for a legal conclusion, to which no responsive pleading is required.

46.     With respect to the allegations contained in Paragraph 46 of the Complaint, the Defendants state that such allegations consist of statements and/or conclusions of law and/or statements calling for a legal conclusion, to which no responsive pleading is required.

      a.  With respect to the allegations contained in Paragraph 46(a) of the Complaint, the Defendants state that such allegations consist of statements and/or conclusions of law and/or statements calling for a legal conclusion, to which no responsive pleading is required.

      b.  With respect to the allegations contained in Paragraph 46(b) of the Complaint, the Defendants state that such allegations consist of statements and/or conclusions of law and/or statements calling for a legal conclusion, to which no responsive pleading is required.

      c.  With respect to the allegations contained in Paragraph 46(c) of the Complaint, the Defendants state that such allegations consist of statements and/or conclusions of law and/or statements calling for a legal conclusion, to which no responsive pleading is required.

      d.  With respect to the allegations contained in Paragraph 46(d) of the Complaint, the Defendants state that such allegations consist of statements and/or conclusions of law and/or statements calling for a legal conclusion, to which no responsive pleading is required.

      e.  With respect to the allegations contained in Paragraph 46(e) of the Complaint, the Defendants state that such allegations consist of statements and/or conclusions of

law and/or statements calling for a legal conclusion, to which no responsive

pleading is required.

    f.   With respect to the allegations contained in Paragraph 46(f) of the Complaint, the

Defendants state that such allegations consist of statements and/or conclusions of

law and/or statements calling for a legal conclusion, to which no responsive

pleading is required.

    g.   With respect to the allegations contained in Paragraph 46(g) of the Complaint, the

Defendants state that such allegations consist of statements and/or conclusions of

law and/or statements calling for a legal conclusion, to which no responsive

pleading is required.

    h.   With respect to the allegations contained in Paragraph 46(h) of the Complaint, the

Defendants state that such allegations consist of statements and/or conclusions of

law and/or statements calling for a legal conclusion, to which no responsive

pleading is required.

**AS AND FOR AN ANSWER TO PLAINTIFFS'**
**ALLEGATIONS REGARDING "STATEMENT OF FACTS"**

47.     With respect to the allegations contained in Paragraph 47 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

48.     With respect to the allegations contained in Paragraph 48 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

49.     With respect to the allegations contained in Paragraph 49 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

50.     With respect to the allegations contained in Paragraph 50 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

51.     With respect to the allegations contained in Paragraph 51 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

52.     With respect to the allegations contained in Paragraph 52 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

53.     With respect to the allegations contained in Paragraph 53 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

54.     With respect to the allegations contained in Paragraph 54 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

55.     With respect to the allegations contained in Paragraph 55 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

56.     With respect to the allegations contained in Paragraph 56 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph.

57.     With respect to the allegations contained in Paragraph 57 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

58.     With respect to the allegations contained in Paragraph 58 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

59.     With respect to the allegations contained in Paragraph 59 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

60.     With respect to the allegations contained in Paragraph 60 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph.

61.     With respect to the allegations contained in Paragraph 61 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

62.     With respect to the allegations contained in Paragraph 62 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

63.     With respect to the allegations contained in Paragraph 63 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

64.     With respect to the allegations contained in Paragraph 64 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph.

65.     With respect to the allegations contained in Paragraph 65 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

66.     With respect to the allegations contained in Paragraph 66 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph.

67.     With respect to the allegations contained in Paragraph 67 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph.

68.     With respect to the allegations contained in Paragraph 68 of the Complaint, the Defendants admit all of the allegations contained in such Paragraph.

69.     With respect to the allegations contained in Paragraph 69 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

70.     With respect to the allegations contained in Paragraph 70 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

71.     With respect to the allegations contained in Paragraph 71 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph.

72.     With respect to the allegations contained in Paragraph 72 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

73.     With respect to the allegations contained in Paragraph 73 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph.

74.     With respect to the allegations contained in Paragraph 74 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph.

75.     With respect to the allegations contained in Paragraph 75 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

76.     With respect to the allegations contained in Paragraph 76 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

77.     With respect to the allegations contained in Paragraph 77 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

78.     With respect to the allegations contained in Paragraph 78 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

79.     With respect to the allegations contained in Paragraph 79 of the Complaint, the Defendants state that such allegations consist of statements and/or conclusions of law and/or statements calling for a legal conclusion, to which no responsive pleading is required.

80.     With respect to the allegations contained in Paragraph 80 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

**AS AND FOR AN ANSWER TO PLAINTIFFS'**
**ALLEGATIONS REGARDING "FIRST CAUSE OF ACTION"**
**FLSA Overtime Violations, 29 U.S.C. §§ 201 et seq.**
**Brought by Plaintiffs on Behalf of Themselves,**
**The FLSA Collective Plaintiffs, and the Class**

81.     The Defendants repeats and reasserts each and every one of the responses contained in the preceding paragraphs hereof with the same force and effects as though fully set forth herein.

82.     With respect to the allegations contained in Paragraph 82 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph.

83.     With respect to the allegations contained in Paragraph 83 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

84.     With respect to the allegations contained in Paragraph 84 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

85.     With respect to the allegations contained in Paragraph 85 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

86.     With respect to the allegations contained in Paragraph 86 of the Complaint, the Defendants state that such allegations consist of statements and/or conclusions of law and/or statements calling for a legal conclusion, to which no responsive pleading is required.

**AS AND FOR AN ANSWER TO PLAINTIFFS'**
**ALLEGATIONS REGARDING "SECOND CAUSE OF ACTION"**
**(New York Overtime Violations)**
**(New York Minimum Wage Act , N.Y. Stat. §§ 650 et seq,,**
**N.Y. Comp. Codes R. & Regs. Tit. 12, § 142—2.2. AND 146-1.4**
**Brought by Plaintiffs on Behalf of Themselves and the Class)**

87.     The Defendants repeats and reasserts each and every one of the responses contained in the preceding paragraphs hereof with the same force and effects as though fully set forth herein.

88.    With respect to the allegations contained in Paragraph 88 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

89.    With respect to the allegations contained in Paragraph 89 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

**AS AND FOR AN ANSWER TO PLAINTIFFS'
ALLEGATIONS REGARDING "THIRD CAUSE OF ACTION"
(New York Notice Requirements N.Y. Lab. L. §§195 and 198)
(Brought by Plaintiffs on Behalf of Themselves, Collective Plaintiffs and the Class)**

90.    The Defendants repeats and reasserts each and every one of the responses contained in the preceding paragraphs hereof with the same force and effects as though fully set forth herein.

91.    With respect to the allegations contained in Paragraph 91 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph.

92.    With respect to the allegations contained in Paragraph 92 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph.

93.    With respect to the allegations contained in Paragraph 93 of the Complaint, the Defendants state that such allegations consist of statements and/or conclusions of law and/or statements calling for a legal conclusion, to which no responsive pleading is required.

**AS AND FOR AN ANSWER TO PLAINTIFFS'
ALLEGATIONS REGARDING "FOURTH CAUSE OF ACTION"
(New York Wage Statement Requirements, Including N.Y)
Lab L. §195 and N.Y. Comp. Code R. & Regs. 12, § 146-2.3)
(Brought by Plaintiffs on Behalf of Themselves, Collective Plaintiffs and the Class)**

94.    The Defendants repeats and reasserts each and every one of the responses contained in the preceding paragraphs hereof with the same force and effects as though fully set forth herein.

95.    With respect to the allegations contained in Paragraph 95 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

96.    With respect to the allegations contained in Paragraph 96 of the Complaint, the Defendants state that such allegations consist of statements and/or conclusions of law and/or statements calling for a legal conclusion, to which no responsive pleading is required.

97.    With respect to the allegations contained in Paragraph 97 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

98.    With respect to the allegations contained in Paragraph 98 of the Complaint, the Defendants state that such allegations consist of statements and/or conclusions of law and/or statements calling for a legal conclusion, to which no responsive pleading is required.

**AS AND FOR AN ANSWER TO PLAINTIFFS'**
**ALLEGATIONS REGARDING "FIFTH CAUSE OF ACTION"**
**(New York Spread of Hours Provisions)**
**(N.Y.Lab.L.§ 650 *et seq.,* and N.Y. Comp. Code R. & Regs. Tit. 12, § 142-2.4(a)**
**(Brought by Plaintiffs on Behalf of Themselves, Collective Plaintiffs and the Class)**

99.    The Defendants repeats and reasserts each and every one of the responses contained in the preceding paragraphs hereof with the same force and effects as though fully set forth herein.

100.    With respect to the allegations contained in Paragraph 100 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

101.    With respect to the allegations contained in Paragraph 101 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

102.    With respect to the allegations contained in Paragraph 102 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

- 14 -

<u>**AS AND FOR AN ANSWER TO PLAINTIFFS'**</u>
<u>**ALLEGATIONS REGARDING "SIXTH CAUSE OF ACTION"**</u>
<u>**(Failure to Provide Meal Periods)**</u>

103.    The Defendants repeats and reasserts each and every one of the responses contained in the preceding paragraphs hereof with the same force and effects as though fully set forth herein.

104.    With respect to the allegations contained in Paragraph 104 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

105.    With respect to the allegations contained in Paragraph 105 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

106.    With respect to the allegations contained in Paragraph 106 of the Complaint, the Defendants state that such allegations consist of statements and/or conclusions of law and/or statements calling for a legal conclusion, to which no responsive pleading is required.

107.    With respect to the allegations contained in Paragraph 107 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

<u>**AS AND FOR AN ANSWER TO PLAINTIFFS'**</u>
<u>**ALLEGATIONS REGARDING "SEVENTH CAUSE OF ACTION"**</u>
<u>**(Civil Damages for Fraudulent Filing of Returns)**</u>
<u>**(U.S. Code § 7434)**</u>

108.    The Defendants repeats and reasserts each and every one of the responses contained in the preceding paragraphs hereof with the same force and effects as though fully set forth herein.

109.    With respect to the allegations contained in Paragraph 109 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph.

110.    With respect to the allegations contained in Paragraph 102 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph.

111.    With respect to the allegations contained in Paragraph 111 of the Complaint, the Defendants state that such allegations consist of statements and/or conclusions of law and/or statements calling for a legal conclusion, to which no responsive pleading is required.

112.    With respect to the allegations contained in Paragraph 112 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

113.    With respect to the allegations contained in Paragraph 113 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

## RESPONSE TO PLAINTIFF'S PRAYER FOR RELIEF

The Defendants, upon information and belief, deny all statements made with respect to Defendants and assert that the Plaintiff is not entitled to any of the relief from the Defendants as sought in the Plaintiff's Prayer for Relief, including subparagraphs (a) through (n) thereof.

## AFFIRMATIVE AND OTHER DEFENSES

The Defendants assert the following affirmative and other defenses without assuming any burden of production or proof that they would not otherwise have.  The Defendants further assert that, to the extent that the Plaintiffs' claims as alleged are vague or unclear, so as to render it difficult or impossible to identify and assert every possible affirmative or other defense, the Defendants hereby expressly reserve their rights to assert additional defenses should further proceedings in this action, including the progress of any discovery, reveal that such additional defenses would be applicable and appropriate.

## AS AND FOR A FIRST DEFENSE TO THE PLAINTIFFS' COMPLAINT

Defendants state, in the alternative if necessary, that their actions or omissions with respect to the Plaintiffs were taken in good faith, with reasonable belief that such conduct comported with the requirements of federal and state law.

**AS AND FOR A SECOND DEFENSE TO THE PLAINTIFFS' COMPLAINT**

The Defendants state, in the alternative, if necessary, that if they are found to have violated any law or regulation, that any such violation was not willful.

**AS AND FOR A FOURTH DEFENSE TO THE PLAINTIFFS' COMPLAINT**

Any claims which Plaintiffs may have asserted pursuant to New York Labor Law § 195 for alleged failure to provide required wage notices and/or wage statements are barred and/or may be reduced for any pay periods in which Defendants made complete and timely payment of all wages due as required by the applicable articles of the New York Labor Law

**RESERVATION OF RIGHTS TO ASSERT ADDITIONAL DEFENSES**

The Defendants state that they currently have insufficient knowledge or information on which to form a belief as to whether they may have additional, as yet unstated, defenses available. As such, the Defendants expressly reserve the right to assert additional defenses, and to seek to amend this Answer to include any such additional defenses, in the event that discovery indicates that any such additional defenses would be appropriate.

WHEREFORE, the Defendants respectfully request that judgment be entered by this Court dismissing any claims in the Plaintiff's Complaint that may be lacking in merit, with prejudice, and granting such further relief as may be just and proper.

Dated: Long Island City, New York
        June 4, 2025

STEPHEN D. HANS & ASSOCIATES, P.C.

By:_____/s/Stephen D. Hans_____
        Stephen D. Hans (SH-0798)
        30-30 Northern Boulevard, Suite 401
        Long Island City, New York 11101
        Tel: 718.275.6700
        *Attorneys for the Defendants*

- 17 -